UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET A. HURTADO,<br><br>　　　　　　Plaintiff,<br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., et al.,<br><br>　　　　　　Defendants. | Civil No. 05cv1994-WQH(NLS)<br><br>**ORDER GRANTING DEFENDANTS *EX PARTE* APPLICATION FOR TELEPHONIC APPEARANCE OF STATE PARTY REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>[Doc. No. 31] |

　　　A Mandatory Settlement Conference ("MSC") is scheduled in the above-captioned matter on February 8, 2007 at 2:00 p.m. Before the Court is Defendants' unopposed *Ex Parte* Application requesting that the Court allow National Enterprise System, Inc.'s ("NES") representative to appear at the MSC telephonically and defense counsel's Declaration in support [Doc. No. 31]. In support of their request, Defendants state that NES's office is located in Ohio, and that travel to San Diego for the MSC would involve substantial expense that is better reserved for potential settlement purposes. (*Defendants' Application*, 3.) Defendants also state that Defendant St. Paul Traveler's insurance representative will appear in person at the MSC, and is vested with full and complete settlement authority in this case. (*Id*.) Plaintiff's counsel does not object to Defendants' request. (*Declaration of M. David Meagher* ¶ 3.)

///

///

///

1    Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that Defendants' *Ex Parte*
2    Application is **GRANTED** and NES's party representative may appear at the MSC *telephonically*.
3    **IT IS SO ORDERED**.
4    DATED: February 2, 2007

*[signature]*
Hon. Nita L. Stormes
U.S. Magistrate Judge